**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1508**

TOD JACK,

                    Plaintiff – Appellant,

          v.

VIRGINIA BUREAU OF INSURANCE,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge. (2:15-cv-00101-MSD-LRL)

Submitted: July 23, 2015            Decided:  July 27, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tod Jack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tod Jack appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012) his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jack v. Va. Bureau of Ins.</u>, 2:15-cv-00101-MSD-LRL (E.D. Va. filed on Apr. 14 & entered on Apr. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>